AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

REINE DALZIEL, et al.

CASE NUMBER: 15-cv-6202

V.

ASSIGNED JUDGE: Hon. Joan H. Lefkow

MALAYSIA AIRLINES, a coporation, and
IGOR GIRKIN a/k/a IGOR STRELKOV

DESIGNATED
MAGISTRATE JUDGE: Hon. Mary Rowland

TO: (Name and address of Defendant)

Malaysia Airlines, 3rd Floor, Admin Building 1, MAS Complex A, Sultan Abdul Aziz Shah Airport, 47200 Subang Selangor, Wilayah, Persekutuan 50250 Malaysia

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Floyd A. Wisner
Alexandra M. Wisner
Wisner Law Firm, P.C.
514 W. State Street
Suite 200
Geneva, Illinois 60134 USA

an answer to the complaint which is herewith served upon you, __21__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK



(By) DEPUTY CLERK

December 11, 2015

DATE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 15-cv-6202

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Malaysia Airlines, a corporation
was received by me on *(date)* 12/18/2015

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Rizani Hassan (Company Secretary), who is
designated by law to accept service of process on behalf of *(name of organization)* Malaysia Airlines, a corporation on *(date)* 12/23/2015 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 400.00 for travel and $ 995.00 for services, for a total of $ 1395.00 .

I declare under penalty of perjury that this information is true.

Date: 30-Dec-2015

*Server's signature*

Ramakrishnan Munusamy
*Printed name and title*

Process Service Network, LLC
5775 East Los Angeles Ave. #218
Simi Valley, CA 93063
*Server's address*

Additional information regarding attempted service, etc:
Personally served Rizani Hassan (Company Secretary for Malaysia Airlines, a corporation). Documents were served on December 23, 2015 at 4:50 p.m., located at 3rd Floor, Admin Building 1, MAS Complex A, Sultan Abdul Aziz Shah Airport, 47200 Subang Selangor, Wilayah, Persekutuan 50250, Malaysia.

Documents served: Summons in a Civil Case; Complaint