IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| REINE DALZIEL, Personal Representative of the heirs of CAMERON DALZIEL, deceased, et al. | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 1:15-cv-06202 ) |
| MALAYSIA AIRLINES, et al, | ) Hon. Joan H. Lefkow ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Reine Dalziel, Personal Representative of the heirs of Cameron Dalziel, deceased through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41, voluntarily dismisses this action without prejudice as to defendant Malaysia Airlines with this action to continue as to all other defendants.

      s/Floyd A. Wisner
      Attorney For Plaintiffs

Wisner Law Firm, P.C.
514 W State St Suite 200
Geneva, IL 60134
(630) 262-9434
(630) 262-6287 (fax)
faw@wisner-law.com
Ill. ID No. 3048713

## **CERTIFICATE OF SERVICE**

    Floyd A. Wisner, an attorney, certifies that he served the foregoing Notice of Voluntary Dismissal upon all counsel of record via ECF on February 11, 2016.

                                                                                 s/Floyd A. Wisner