IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Reine Dalziel, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | Case No: 15 C 6202 |
| | ) | |
| vs. | ) | Judge Joan H. Lefkow |
| | ) | |
| Malaysia Airlines, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Pursuant to Plaintiff's Notice of Voluntary Dismissal [12], this action is dismissed without prejudice as to defendant Malaysia Airlines and will continue as to all other defendants.

Date:  February 12, 2016      _____
U.S. District Judge Joan H. Lefkow