IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| REINE DALZIEL, Personal Representative of the Heirs of CAMERON DALZIEL, deceased, et al., <br><br> Plaintiffs <br><br> v. <br><br> IGOR GIRKIN a/k/a IGOR STRELKOV, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 15-cv-6202 <br> ) <br> ) Hon. Joan Humphrey Lefkow <br> ) <br> ) <br> ) |

**ORDER ON MOTION FOR DEFAULT JUDGMENT**

This cause coming to be heard upon the motion of plaintiff Frederika Keur-van Golden, Personal Representative of the heirs of Daisy Oehlers, deceased, for the entry of a default judgment against defendant Igor Girkin a/k/a Igor Strelkov, the Court having previously entered an Order of Default against this defendant on March 31, 2017 (Dkt. #36), and the Court having considered the motion of plaintiff, together with the attached affidavit;

THE COURT FINDS THAT

The decedent Daisy Oehlers is survived by her grandmother, Frederika Keur-van Golden,

AND

IT IS HEREBY ORDERED THAT

The Order entered on July 18, 2018 (Dkt. #123) entering judgment against defendant Igor Girkins a/k/a Igor Strelkov in favor of Paula Oehlers is vacated.

Judgment is entered against defendant Igor Girkin a/k/a Igor Strelkov in favor of plaintiff Frederika Keur-van Golden, Personal Representative of the heirs of Daisy Oehlers, deceased; in the amount of $10,000,000 in compensatory damages and $10,000,000 in punitive damages; and

Defendant Igor Girkin a/k/a Igor Strelkov is to pay plaintiff's costs in this matter.

*[signature: Joan N. Lefkow]*

_____
Joan H. Lefkow, U.S. District Judge

December 14, 2018